## Ex parte Bujol.

Decision in *Succession of Macarty,* 2 An. 979, affirmed.

APPLICATION for a mandamus to the judge of the District Court of Iberville, *Burk,* J. *Duffel,* for the applicant. The judgment of the court was pronounced by

SLIDELL, J. It is ordered that the application for a mandamus be dismissed, at the costs of the applicant. See the case of the *Succession of Macarty,* 2 An. 979.